UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19-cv-00978-RGK-E | Date | July 29, 2020 |
| Title | Milagro Gonzalez v. County of San Bernardino et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff is hereby ordered to appear on Thursday, August 6, 2020 at 9:00 a.m. to show cause why this matter should not be dismissed for lack of prosecution.

Plaintiff failed to appear as ordered on July 1, 2020 for the hearing on counsel's ex parte application to be relieved as counsel of record, as well as the mandatory mediation on June 30, 2020 and July 28, 2020.

**IT IS SO ORDERED.**

:   00

Initials of Preparer   slw